548

**No. 40184.**—Protest 920850–G of Parfumerie Lubin Co. (New York).

Opinion by SULLIVAN, J. From the evidence it was found that the merchandise is bottles "suitable for use and of the character ordinarily employed for the holding or transportation of merchandise," perfumes, cologne, and toilet water. In view of the evidence and samples and on the authority of *United States* v. *Hudnut* (17 C. C. P. A. 207, T. D. 43649) the perfume bottles in question were held dutiable at the appropriate rate under paragraph 217 as claimed.

**No. 40185.**—Protest 866681–G of Wm. Shaland (New York).

Opinion by SULLIVAN, J. It was stipulated that the flutes in question are in chief value of metal. From the testimony they were found to be used by adults rather than children. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 40186.**—Protests 311128–G, etc., of Silk Fabrics Co., Inc. (New York).

Opinion by TILSON, J. The record showed that the merchandise consists of embroidered-net veils similar to those involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 40187.**—Protest 218294–G of Robinson & Golluber (New York).

Opinion by TILSON, J. It was agreed that the merchandise in question is similar to that involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40188.**—Protest 77369–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40189.**—Protests 436430–G, etc., of Joseph G. Brenner Co. et al. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.